IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| DEMORIAN D. SCOTT, <br> TDCJ No. 1505863, <br><br> Petitioner, <br><br> v. <br><br> WARDEN SMITH, <br><br> Respondent. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 7:21-cv-108-O |

## ORDER DISMISSING PETITION

This is a petition for habeas corpus relief brought pursuant to 28 U.S.C. § 2254 by an inmate confined in the James V. Allred Unit of the Texas Department of Criminal Justice in Iowa Park, Texas. Scott seeks to challenge the validity of prison disciplinary action No. 20210135480 which was brought against him for the use or possession of an intoxicating inhalant. *See* Petition, ECF No. 1 at 5.

A *pro se* action may be dismissed if it seeks to litigate claims premised upon substantially the same facts arising from a common series of events upon which the litigant has relied in a previous lawsuit, including an action that remains pending. *Pittman v. Moore*, 980 F.2d 994, 995 (5th Cir. 1993); *Wilson v. Lynaugh*, 878 F.2d 846, 850 (5th Cir. 1989). Scott seeks to challenge the validity of the same disciplinary action that he challenges in his previously filed petition which is currently pending before Chief United States District Judge Barbara Lynn. *See Scott v. Director, TDCJ-CID*, No. 7:21-cv-086-M-BP (N.D. Tex.—Wichita Falls Division). The grounds for relief set forth in the instant petition are identical to those presented in his earlier case. Thus, it is clear that the case at bar constitutes repetitive litigation and should be dismissed. *See Morris v. Stephens*,

599 F. App'x 148, 150 (5th Cir. 2015) (upholding dismissal of § 2254 petition as duplicative of another pending § 2254 petition).

For the forgoing reasons, the instant petition is **DISMISSED** without prejudice to Petitioner's previously filed habeas action.

**SO ORDERED** this **2nd day** of **December, 2021**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**