IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **DEMORIAN D. SCOTT,** <br> **TDCJ No. 1505863,** | § § § § § § § § § § | |
| Petitioner, | | |
| v. | | Civil Action No. **7:21-cv-108-O** |
| **WARDEN SMITH,** | | |
| Respondent. | | |

## **JUDGMENT**

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the petition for writ of habeas corpus is **DISMISSED** without prejudice.

**SIGNED** this **2nd day** of **December, 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE