# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | | |
|---|---|---|
| DEMORIAN D. SCOTT, <br> TDCJ No. 1505863, <br><br> Petitioner, <br><br> v. <br><br> WARDEN SMITH, <br><br> Respondent. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 7:21-cv-108-O |

## ORDER OF THE COURT ON
## <u>CERTIFICATE AS TO APPEALABILITY</u>

This is a habeas corpus case in which the detention complained of arises out of process issued by a state court. Considering the record in this case and pursuant to Federal Rule of Appellate Procedure 22(b), a Certificate of Appealability is **DENIED**.

**REASONS FOR DENIAL:** For the reasons set forth in the Court's Order Dismissing Petition, which is hereby adopted and incorporated by reference, the Petitioner has failed to demonstrate that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether this Court was correct in its procedural ruling. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Morris v. Dretke*, 379 F.3d 199, 204 (5th Cir. 2004).

**SO ORDERED** this **2nd day** of **December, 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE